AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| American Civil Liberties Union of Virginia, American Civil Liberties Union Foundation of Virginia, American Civil Liberties Union and American Civil Liberties Union Foundation <br><br> *Plaintiff(s)* <br> v. <br><br> National Security Council <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:15cv1573

RECEIVED MAILROOM
FEB 4 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alias
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attorney's Office
Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hope R. Amezquita
American Civil Liberties Union of Virginia Foundation, Inc.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-8-16

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:15cv1573

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On January 11, 2016, I mailed a copy of the Summons and Complaint via United States Postal Service Certified Mail/Return Receipt to the Civil Process Clerk, U.S. Attorney's Office, Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314. The United States Postal Service tracking information indicated the documents were received on January 14, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/2/2016

*(Server's signature)*

Hope R. Amezquita, Attorney
*Printed name and title*

ACLU of Virginia
701 E. Franklin Street, Suite 1412
Richmond, VA 23219

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ALEXANDRIA VA 22314

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A |
| | | $0.71 |
| Total Postage & Fees | $ | $6.96 |

0065
17 Postmark Here
01/11/2016

Sent To: Civil Process Clerk, U.S. Attorney Off.
Street, Apt. No.; or PO Box No.: 2100 Jamieson Ave
City, State, ZIP+4: Alexandria VA 22314

7008 1830 0000 8472 2318

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorneys Office
Eastern District of VA
2100 Jamieson Ave.
Alexandria, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): William Ashland
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 1830 0000 8472 2318

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking®

 Cust
Have

 Get E
Sign u

**Tracking Number: 70081830000084722318**

**Updated Delivery Day: Thursday, January 14, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™      Return Receipt

Available A

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 14, 2016, 11:54 am | Delivered | ALEXANDRIA, VA 22314 |

Email Updates

Your item was delivered at 11:54 am on January 14, 2016 in ALEXANDRIA, VA 22314.

| | | |
|---|---|---|
| January 14, 2016, 8:53 am | Out for Delivery | ALEXANDRIA, VA 22314 |
| January 14, 2016, 8:43 am | Sorting Complete | ALEXANDRIA, VA 22314 |
| January 14, 2016, 7:45 am | Arrived at Unit | ALEXANDRIA, VA 22314 |
| January 12, 2016, 4:50 am | Departed USPS Facility | SANDSTON, VA 23150 |
| January 11, 2016, 10:34 pm | Arrived at USPS Origin Facility | SANDSTON, VA 23150 |
| January 11, 2016, 5:33 pm | Departed Post Office | RICHMOND, VA 23219 |
| January 11, 2016, 3:10 pm | Acceptance | RICHMOND, VA 23219 |

<,

## Track Another Package

**Tracking (or receipt) number**

70081830000084722318       Track It

## Manage Incomi

Track all your packages from
No tracking numbers necess

Sign up for My USPS

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number 🔍

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

American Civil Liberties Union of Virginia, American Civil Liberties Union Foundation of Virginia, American Civil Liberties Union and American Civil Liberties Union Foundation

*Plaintiff(s)*

v.

National Security Council

*Defendant(s)*

Civil Action No. 1:15cv1573

RECEIVED MAILROOM
FEB 4 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alias
Attorney General
U.S. Department of Defense
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hope R. Amezquita
American Civil Liberties Union of Virginia Foundation, Inc.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-8-16

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:15cv1573

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On January 11, 2016, I mailed a copy of the Summons and Complaint via United States Postal Service Certified Mail/Return Receipt to the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530. The United States Postal Service tracking information indicated the documents were received on January 19, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/2/2016

*Server's signature*

Hope R. Amezquita, Attorney
*Printed name and title*

ACLU of Virginia
701 E. Franklin Street, Suite 1412
Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.45 | 0065 |
| Certified Fee | $2.80 | 17 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 N/A | |
| Restricted Delivery Fee (Endorsement Required) | N/A $0.71 | 01/11/2016 |
| Total Postage & Fees | $ $6.96 | |

Sent To: Attorney General, D.O.J.
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

7008 1830 0000 8472 2325

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Dept of Justice
950 Pennsylvania Ave.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAN
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English      Customer Service      USPS Mobile                                    Register / Sign In



# USPS Tracking®

 Cust
Have

 Get E
Sign u

Tracking Number: **70081830000084722325**

Updated Delivery Day: **Monday, January 18, 2016**

## Product & Tracking Information

**Postal Product:**              **Features:**
First-Class Mail®                Certified Mail™          Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 19, 2016 , 5:06 am** | Delivered | **WASHINGTON, DC 20530** |

Your item was delivered at 5:06 am on January 19, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| January 16, 2016 , 1:00 pm | Business Closed | WASHINGTON, DC 20530 |
| January 16, 2016 , 12:32 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| January 12, 2016 , 4:50 am | Departed USPS Facility | SANDSTON, VA 23150 |
| January 11, 2016 , 10:34 pm | Arrived at USPS Origin Facility | SANDSTON, VA 23150 |
| January 11, 2016 , 5:33 pm | Departed Post Office | RICHMOND, VA 23219 |
| January 11, 2016 , 3:11 pm | Acceptance | RICHMOND, VA 23219 |

## Available A

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

70081830000084722325        Track It

## Manage Incomi

Track all your packages from
No tracking numbers necess

Sign up for My USPS

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number